# UNITED STATES DISTRICT COURT

__SOUTHERN_____ District of _____OHIO_____

| UNITED STATES OF AMERICA | **Judgment in a Criminal Case** |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| Mollie T. Jones | Case No.    1:09cr111-1 |
| | USM No.    05094-061 |
| | Karen Savir, Esq. |
| | Defendant's Attorney |

**THE DEFENDANT:**

X    admitted guilt to violation of condition(s)    standard/special conditions    of the term of supervision.

☐    was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Failure to obtain GED | 3/18/13 |
| 2 | Illegal use of controlled substance | 3/18/13 |
| 3 | Failure to comply with drug testing/treatment | 3/18/13 |
| 4 | Failure to participate in mental health testing/treatment | 3/18/13 |
| 5 | Failure to pay special assessment | 3/18/13 |

The defendant is sentenced as provided in pages 2 through    2    of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐    The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: 3189

Defendant's Year of Birth:    1988

City and State of Defendant's Residence:
    Cincinnati, Ohio

March 21/2013
Date of Imposition of Judgment

_/s/ Michael R. Barrett_
Signature of Judge

Michael R. Barrett, United States District Judge
Name and Title of Judge

March 25, 2013
Date

DEFENDANT:      Mollie T. Jones
CASE NUMBER:    1:09cr111

## ADDITIONAL PROBATION TERMS

1. The Defendant will serve out her remaining term of Probation in a halfway house such as Pathway or Chaney Allen House.

2. The Defendant will be subjected to random drug testing and treatment at the direction of the Probation Officer.